

2026R00021/MPP

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * **CRIMINAL NO.** JRR-26-169 |
| v. | * |
| | * **(Conspiracy to Commit Offenses** |
| DAVID DUGGIN, | * **Against the United States, 18 U.S.C.** |
| | * **§ 371)** |
| Defendant | * |
| | * |
| | * |

\*\*\*\*\*\*\*

USDC- BALTIMORE
'26 MAY 19 AM 11:10

### INFORMATION

The United States of America charges that:

### COUNT ONE
#### (Conspiracy to Commit Offenses Against the United States)

At all times relevant to this Information,

### Background and Introduction

1.      Defendant **DAVID DUGGIN** ("DUGGIN") was a government subcontractor who worked onsite at Agency 1, which is located in Virginia.

2.      Agency 1 regularly purchased IT solutions to satisfy specific operational needs. Such solutions, which consisted of both hardware and software products ("IT Products"), often totaled millions of dollars.

3.      In his role as a subcontracted senior systems engineer onsite at Agency 1, **DUGGIN** was able to influence the procurement of IT Products. **DUGGIN** and his co-conspirators used this influence to obtain favorable treatment on procurements of IT Products by Agency 1.

1

## Relevant Individuals and Entities

4.    **DUGGIN** was employed as a Senior Systems Engineer for Company 1. Company 1 was a subcontractor for Company 2, which contracted directly with Agency 1. **DUGGIN** also was the owner of another company, Bit of Info Consulting, which did business as NGEST.

5.    Company 3 was a reseller of IT Products to government agencies, including Agency 1.

6.    Company 4 was a cloud data management and data security company headquartered in Palo Alto, California. Company 4 sold IT products to government agencies, including Agency 1.

## The Conspiracy

7.    From at least as early as June 2018 and continuing through at least as late as April 2024, in the District of Maryland and elsewhere, the Defendant,

## DAVID DUGGIN,

did knowingly and willfully combine, conspire, confederate and agree with other co-conspirators known and unknown to the United States, to commit an offense against the United States, namely, to solicit, accept, and attempt to accept kickbacks in exchange for favorable treatment on Agency 1's procurement of IT Products, including products sold by Company 3 and Company 4, in violation of 41 U.S.C. § 8702 and 8707.

## The Purpose of the Conspiracy

15.    It was the purpose of the conspiracy for **DUGGIN** and his co-conspirators to use **DUGGIN**'s close relationships and influence at Agency 1 to improperly obtain favorable

2

treatment on IT procurements by Agency 1, which included products sold by Company 3 and Company 4.

## Overt Acts

16.     In furtherance of the conspiracy and to accomplish its objects, the following acts were committed in the District of Maryland, and elsewhere:

a.  On or about September 18, 2020, Company 4 caused two payments totaling $100,000 to be made to **DUGGIN**, in exchange for favorable treatment on Agency 1's procurement of IT Products.

b.  On or about December 9, 2022, Company 3 paid **DUGGIN** a total of $260,249.08 in exchange for favorable treatment on Agency 1's procurement of IT Products.

18 U.S.C. § 371

OMEED A. ASSEFI
Acting Assistant Attorney General

ELIZABETH H. FRENCH
RONALD FIORILLO
ANNA WANG
Trial Attorneys
Antitrust Division
U.S. Department of Justice
Washington Criminal Section
450 5th Street, NW
Washington, D.C. 20530

KELLY O. HAYES
United States Attorney

MATTHEW P. PHELPS
Assistant United States Attorney
United States Attorney's Office
District of Maryland
36 South Charles Street, Fourth Floor
Baltimore, M.D. 21201

Date: May 14, 2026